United States Bankruptcy Court
Western District of New York

| | |
|---|---|
| In re: | Case No. 22-10670-CLB |
| Andrea L White | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0209-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Aug 17, 2022 | Form ID: pdforder | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Andrea L White, 40 E. Home Road, Bowmansville, NY 14026-1004 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 19, 2022 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Julie Philippi | ecfbuffalo13@gmail.com  jphilippi13@ecf.epiqsystems.com |

TOTAL: 1



UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---

In Re:

    Andrea L White

               Debtor(s)

Case No.: 1-22-10670-CLB
Chapter: 13

SSN: xxx-xx-3176

---

## ORDER TO SHOW CAUSE

To: Andrea L White
    40 E. Home Road
    Bowmansville, NY 14026

    A Notice To Pay Statutory Fee to pay the Clerk of Court for the United States Bankruptcy Court the sum of **$32.00** for filing/miscellaneous fees was entered on July 29, 2022, which fee remains unpaid. Therefore, it is hereby

    **ORDERED**, that on the Court's own motion, the above-captioned party/parties appear and show cause why suitable sanctions should not be imposed for failure to fulfill a monetary obligation to the Clerk of this Court, or why an Order dismissing this case should not be entered.

### DATE/TIME/LOCATION OF HEARING

**August 29, 2022 at 10:00 A.M.**

Robert H. Jackson U.S. Courthouse
2 Niagara Square, 5th Floor, Orleans Courtroom
Buffalo, NY 14202

Dated: AUG 1 7 2022

_____
**HONORABLE CARL L. BUCKI**
Chief Judge, United States Bankruptcy Court

**Payment Instructions**: For attorneys who pay by credit card, please contact the Court for details at 716-362-3200. For all other parties, payment in the form of a money order or cashier's check must be made payable to: 'Clerk, U.S. Bankruptcy Court' and mailed to the U.S. Bankruptcy Court, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, NY 14202. Please include the case number. If full payment is made prior to the hearing date, attendance is not required.

*In the event of severe weather or other emergency situations, please call (716) 362-3200 (Buffalo) after 7:00 a.m. EST or visit www.nywb.uscourts.gov for updated court closing information.*

Form FOSCFF
www.nywb.uscourts.gov



FILED AUG 1 7 2022 BANKRUPTCY COURT BUFFALO, NY